McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 10, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:20-sw-1118 AC |
|---|---|
| INFORMATION ASSOCIATED WITH TWITTER ACCOUNT: VST10249297 STORED AT PREMISES CONTROLLED BY TWITTER | SEALING ORDER <br> **UNDER SEAL** |

# S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: December 9, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE