PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

Oct 29, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>TWITTER ACCOUNT VST09361525;<br>TWITTER ACCOUNT VST10249297; and<br>8057 CENTRAL AVE., ORANGEVALE, CA 95662 | CASE NO.:  2:20-sw-0590 CKD<br>2:20-sw-1118 AC<br>2:20-sw-1119 AC<br><br>REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

### REQUEST TO UNSEAL

The search warrants in the above-captioned matters were executed on June 30, 2020, December 10, 2020, and December 15, 2020. Follow up investigation related to these properties resulted in a grand jury indictment on October 21, 2021. As a result, there is no need for the search warrants or search warrant affidavits to remain under seal. Accordingly, the United States asks that the Court order that the search warrants, search warrant affidavits, and related case filings be unsealed.

Dated: November 1, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/
ROGER YANG
Assistant United States Attorney