1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

```
                              FILED

                         Oct 29, 2021
                     CLERK, U.S. DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
```

8          IN THE UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE  APPLICATION      CASE NO:   2:20-sw-0590 CKD
    OF THE UNITED STATES OF AMERICA                   2:20-sw-1118 AC
    FOR SEARCH WARRANTS CONCERNING:                   2:20-sw-1119 AC
12

13  TWITTER ACCOUNT VST09361525;
    TWITTER ACCOUNT VST10249297; and
    8057 CENTRAL AVE., ORANGEVALE, CA
14  95662                                 ORDER TO UNSEAL SEARCH WARRANTS
                                          AND SEARCH WARRANT AFFIDAVITS
15

16      Upon application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

18   Dated:   November 1, 2021

19                                        The Honorable Carolyn K. Delaney
                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

    [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS